REYNOLDS OFFSET CO., INC., PLAINTIFF-RESPONDENT, v. ALEXANDER SUMMER *ET AL.*, DEFENDANTS-PETITIONERS, AND JAMES E. HANSON *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 58 *N. J. Super.* 542.

*Messrs. Van Riper & Belmont* and *Mr. Charles E. Villanueva* for the petitioners.

*Messrs. Crummy, Gibbons & O'Neill, Messrs. Krieger & Chodash* and *Messrs. Winne & Banta* for the respondents.

February 15, 1960. Denied.

COUNTY OF BERGEN, PLAINTIFF-PETITIONER, v. EDWARD B. McCONNELL *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 58 *N. J. Super.* 495.

*Mr. Milton T. Lasher* for the petitioner.

*Mr. David D. Furman* and *Mr. Theodore I. Botter* for the respondents.

February 15, 1960. Denied.